UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 E. Broward Blvd., Room 108
Fort Lauderdale, FL 33301
954-356-7075

CARLOS JUENKE
Court Administrator/Clerk of Court

July 30, 1997

PHILIP GORDON                                    97-6875-cv-ROETTGER

vs.

JOHN HANCOCK MUTUAL LIFE INS..



## NOTICE TO PARTIES

Due to Judge Roettger assuming Senior status your case was erroneously assigned to

the Judge. This fact has been brought to the Clerk's Office attention and a new

selection has been made and your case have been reassigned to the following Judge.

SHELBY HIGHSMITH

Please correct your files to reflect this change.
Note: Pursuant to Local Rule 5.1.B all further pleadings in this case are to be filed
    in Miami where the judge is chambered.

CARLOS JUENKE, Clerk

Deputy Clerk

cc Honorable Judge Norman C. Roettger
   Honorable Judge Shelby Highsmith
   Carl S. Karmin, Esq.
   John E. Meagner, Esq.

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism
for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*