UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 97-6875-CIV-~~ROETTGER~~ Highsmith
Magistrate Judge Seltzer

PHILLIP GORDON,

    Plaintiff,

vs.

JOHN HANCOCK MUTUAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

### OBJECTION TO NOTICE OF TAKING DEPOSITIONS (MAIL-IN) AND SUBPOENAS FOR DEPOSITION (MAIL-IN) DIRECTED TO DR. ROBERT LEVITT AND MERLE DIMBATH, Ph.D

Jeffrey M. Landau, Esquire
SHUTTS & BOWEN
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131

    COME NOW the Plaintiff, PHILIP GORDON, by and through his undersigned counsel, and files this his Objection to Defendant, JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY's, Notice of Taking Depositions (Mail-in) dated August 1, 1997 and Subpoenas Duces Tecum for Records in a Civil Case (Mail-in), directed to the records custodians of Dr. Robert Levitt and Merle Dimbath, Ph.D. and

    THE CLERK AND DEFENDANT'S COUNSEL ARE HEREBY INSTRUCTED **NOT** TO ISSUE THE REQUESTED SUBPOENAS.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the above named addressee, on this ____ day of August, 1997.

```
KARMIN & ADLER
Attorneys for Plaintiffs
750 S.E. 3rd Avenue
Suite 200
Fort Lauderdale, Florida  33316
Tel:   (954) 768-9060


By: _____
       CARL S. KARMIN
       Florida Bar No:   384127
```