

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 97-6875-CIV-HIGHSMITH

PHILIP GORDON,

        Plaintiff,

vs.

JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY,

        Defendant.
_____/



## ORDER OF TRANSFER

GOOD CAUSE appearing that a transfer of the above-styled case is appropriate pursuant to Local Rule 3.9(A) due it being the same case as previously filed Case No. 97-6602-CIV-ZLOCH, which was remanded to state court, and subject to the consent of the Honorable William J. Zloch, it is hereby

ORDERED AND ADJUDGED that the above-styled case be transferred to the calendar of Judge Zloch for all further proceedings.

DONE AND ORDERED in Chambers at Miami, Florida, this /_?_ day of August, 1997.

                              SHELBY HIGHSMITH
                              UNITED STATES DISTRICT JUDGE



After reviewing the Court file in the above-styled case, the undersigned hereby accepts the transfer of said case. Therefore, it is hereby

ORDERED AND ADJUDGED that all pleadings hereinafter filed shall bear the following case number, 97-6875-CIV-ZLOCH, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

THE FOREGOING transfer is herewith accepted this 18th day of August, 1997.

_____
WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE


PREVIOUSLY FILED CASE: NO. 97-6602-CIV-ZLOCH


cc: John E. Meagher, Esq.
    Carl S. Karmin, Esq.

    Honorable Shelby Highsmith