COPIES NOT PROVIDED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 97-6875-CIV-ZLOCH
Magistrate Judge Seltzer

PHILLIP GORDON,

    Plaintiff,
vs.

JOHN HANCOCK MUTUAL
LIFE INSURANCE COMPANY,

    Defendant.
_____/

**OBJECTION TO NOTICE OF SERVING SUBPOENAS DUCES TECUM (MAIL-INS) AND SUBPOENA DUCES TECUM FOR RECORDS IN A CIVIL CASE DIRECTED TO THE RECORDS CUSTODIAN OF JOHN P. KELLY, P.ED., P.A.**

Jeffrey M. Landau, Esquire
SHUTTS & BOWEN
201 South Biscayne Boulevard
1500 Miami Center
Miami, Florida 33131

    COME NOW the Plaintiff, PHILIP GORDON, by and through his undersigned counsel, and files this his Objection to Defendant, JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY's, Notice of Serving Subpoenas Duces Tecum (Mail-ins) dated September 17, 1997, and Subpoenas Duces Tecum for Records in a Civil Case (Mail-in), directed to the Records Custodian of John P. Kelly, P. Ed., P.A. The records requested contain psychological information which is privileged.

    THE CLERK AND DEFENDANT'S COUNSEL ARE HEREBY INSTRUCTED **NOT** TO ISSUE THE REQUESTED SUBPOENAS.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail to: the above named addressee, on this 23rd day of September, 1997.

```
KARMIN & ADLER
Attorneys for Plaintiffs
750 S.E. 3rd Avenue
Suite 200
Fort Lauderdale, Florida  33316
Tel:   (954) 768-9060


By: _____
     CARL S. KARMIN
     Florida Bar No:  384127
```